United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEVEN JAFFE,

          Petitioner,

  vs.

RICHARD KIRKLAND, Warden,

          Respondent.
                                       /

No. C 05-4439 PJH (PR)

**ORDER REGARDING COUNSEL**

        This is a habeas corpus case filed pro se by a state prisoner pursuant to 28 U.S.C. § 2254. The court denied the petition and petitioner appealed. The United States Court of Appeals for the Ninth Circuit affirmed in part and reversed in part. The court of appeals perceived a Confrontation Clause claim in the petition that this court had not discussed. The circuit concluded that this claim was not exhausted, however, and remanded for this court to "determine in the first instance whether any California procedure remains available to Jaffe for rasing [the confrontation claim]," and if so to "exercise its discretion to determine whether Jaffe's petition should be stayed . . . ."

        In view of the terms of the remand, there are two issues that the parties must now address: (1) Whether any state procedure remains available that would allow petitioner to exhaust the Confrontation Clause claim in the California courts; and (2) if such a procedure does exist, whether proceedings in this case should be stayed to allow petitioner to exhaust. The first of these issues involves the complex doctrine of procedural default, and

if the court were to conclude that the claim is procedurally defaulted, petitioner might want to attempt to show cause and prejudice or actual innocence, exceptions to the bar.  The court concludes that appointment of counsel might be in order.

Therefore, within twenty-eight days of the date this order is entered (the date the clerk has stamped on the first page), petitioner shall file a motion for appointment of counsel or a statement that he does not want counsel.

**IT IS SO ORDERED.**

Dated:  June 14, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.05\Jaffe4439.remand aty deadline.wpd