UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN JAFFE,

          Petitioner,

 vs.

EDMUND G. BROWN, Jr., et al.,

          Respondents.

No. C 05-4439 PJH

**ORDER VACATING DEADLINES**

Petitioner Steven Jaffe has filed a motion for leave to file a second amended petition pursuant to 28 U.S.C. § 2254. Due to the pendency of this motion, the deadline to file an answer or otherwise respond to the petition is hereby VACATED. The court will set new deadlines after the pleadings are settled.

**IT IS SO ORDERED.**

Dated: December 20, 2013

PHYLLIS J. HAMILTON
United States District Judge