UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROBERT JAFFE,

    Petitioner,

    v.

EDMUND G. BROWN, JR., Governor, and JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation,

    Respondents.

Case No. 05-cv-04439-PJH

**JUDGMENT**

Pursuant to the order denying the second amended petition for writ of habeas corpus entered today, judgment is hereby entered against petitioner and in favor of respondents.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge